JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

EDWARD TALLEY,

        Plaintiff,

   v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,

        Defendants.

Case No.: 8:24-cv-01860-FWS-DFM

JUDGMENT

The parties filed trial briefs in this action and then participated in a one-day trial on January 29, 2026.  (Dkt. 32.)  Thereafter, the court issued its memorandum of decision, affirming Defendant Provident Life and Accident Insurance Company's decision to deny Plaintiff Edward Talley's claim for long-term disability benefits.  (Dkt. 36 ("Bench Memorandum").)  In accordance with the Bench Memorandum, the court **ENTERS JUDGMENT** in this case in favor of Defendant and against Plaintiff as to each of his

1

claims against Defendant.  Plaintiff shall take nothing on his claims against Defendant in this case.

**IT IS SO ORDERED.**

DATED: February 25, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE